# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 13−26917−VFP
                                  Chapter:  13
                                  Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luis A Echeverria
7015 Polk Street
Apt 9
Guttenberg, NJ 07093

Elsie Echeverria
aka Elsie Jimenez
7015 Polk Street
Apt 9
Guttenberg, NJ 07093

Social Security No.:
xxx−xx−4725

xxx−xx−4571

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 19, 2014.

On 9/14/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: October 19, 2017
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 14, 2017
JAN: dmc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 13-26917-VFP
Luis A Echeverria                                              Chapter 13
Elsie Echeverria
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin                Page 1 of 2          Date Rcvd: Sep 14, 2017
                             Form ID: 185               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db/jdb         +Luis A Echeverria,    Elsie Echeverria,    7015 Polk Street,    Apt 9,    Guttenberg, NJ 07093-1848
514120613     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   Honda Financial Services,    PO Box 65507,    Wilmington, DE   19808)
514120606      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
514120605      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
514536281       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514552760       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514120607     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,    PO Box 15019,    Wilmington, DE   19886)
514120610     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citi Platinum,    PO Box 183113,    Columbus, OH   43218)
514120608      +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
514120609      +Chase Bank,    PO Box 15153,    Wilmington, DE 19850-5153
514120611      +Discover,    PO Box 6105,    Carol Stream, IL 60197-6105
514120612      +First National Bank Of Omaha,    P.O. Box 2340,    Omaha, NE 68103-2340
514452960      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
514120614      +Michael S. Ackerman, Esq.,    Zucker Goldber & Ackerman,    200 Sheffield Street Ste 101,
                 Mountainside, NJ 07092-2315
514120615     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX   75067)
514575698      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514120616      +PNC Bank,    PO Box 856177,    Lousiville, KY 40285-6177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514120604      +E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2017 01:59:42      Ally Capital,    Po Box 9001951,
                 Lousiville, KY 40290-1951
514492965       E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2017 01:59:42
                 Ally Capital serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
                                                                                                TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514630734*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Jill Cadre    on behalf of Debtor Luis A Echeverria jill@cadrelaw.com
              Jill Cadre    on behalf of Joint Debtor Elsie  Echeverria jill@cadrelaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin                Page 2 of 2           Date Rcvd: Sep 14, 2017
                              Form ID: 185               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 5