U S BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 SEP 14  A 11: 05

JEANNE A. NAUGHTON

BY_____
DEPUTY CLERK

**Last revised 12/1/11**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                         Case No.:        13-26917

LUIS A. ECHEVARRIA, JR. AND ELSIE ECHEVARRIA

Judge:

Chapter:                            13

Debtor(s)

# Chapter 13 Plan and Motions

☑ Original                    ☑ Modified/Notice Required           ☑ Discharge Sought

☐ Motions Included           ☐ Modified/No Notice Required        ☐ No Discharge Sought

Date: _9_ , _14_ , 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ ____224.00____ per ____MONTH____ to the Chapter 13 Trustee, starting on ___OCTOBER 1, 2017___ for approximately ___24___ months.

10,080 has already been paid into the plan from 2013 to 9/2017.

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

❑ Sale of real property
Description:

Proposed date for completion: _____

❑ Refinance of real property:
Description:

Proposed date for completion: _____

❑ Loan modification with respect to mortgage encumbering property:
Description:

Proposed date for completion: _____

d. ❑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ❑ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Marie-Ann Greenberg Jill Cadre | Administrative Legal fees *Legal Fees* | unknown $1700.00 *2500.00* |

2

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

> **NOTE: A modification under this Section ALSO REQUIRES**
> **the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Nationstar | 7015 Polk Street, Unit 9 Guttenberg, NJ 07093 | 250,000.00 | unKnown |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

Honda Financial Services

**e. Secured Claims to be Paid in Full Through the Plan:**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

| Part 5: | Unsecured Claims |
|---|---|

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

| Part 6:    Executory Contracts and Unexpired Leases | | |
|---|---|---|
| All executory contracts and unexpired leases are rejected, except the following, which are assumed: | | |
| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|  |  |  |

| Part 7:    Motions |
|---|

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with a Chapter 13 Plan Transmittal Letter, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Proof of Service must be filed with the Clerk of Court when the Plan and Transmittal Letter are served.

Where a motion to avoid liens or partially avoid liens has been filed in the plan, a proof of claim filed that asserts a secured claim that is greater than the amount to be paid in the plan serves as opposition to the motion, and serves as an objection to confirmation. The   proof of claim shall be served in accordance with D.N.J. LBR 3015-6(a). The creditor shall file a proof of service prior to the scheduled confirmation hearing. In order to prosecute the objection, the creditor must appear at the confirmation hearing, which shall be the hearing on the motion. Failure to appear to prosecute the objection may result in the motion being granted and the plan being confirmed pursuant to the terms as set forth in the plan.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |
|  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| Part 8:    Other Plan Provisions |
|---|

**a. Vesting of Property of the Estate**

☑ Upon confirmation

□ Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2)  Administrative claims

3)  legal fees

4)  Priority and secured claims

**d. Post-Petition Claims**

The Trustee □ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____12|5|2013_____

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To update secured creditor information; pymt of legal fees | Extension of plan to permit The purchase of real estate |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: _____9/14, 2017_____

Jill Cadre, Esq.    _____(signature)_____
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____9/14/2017_____

Luis A. Echevarria, Jr.    /s/
Debtor

Date: _____9/14, 2017_____

Elsie Jimenez Echevarria    /s/
Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-26917-VFP
Luis A Echeverria                                                               Chapter 13
Elsie Echeverria
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2        Date Rcvd: Sep 14, 2017
                             Form ID: pdf901        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db/jdb       +Luis A Echeverria,   Elsie Echeverria,   7015 Polk Street,   Apt 9,   Guttenberg, NJ 07093-1848
514120613    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: Honda Financial Services,   PO Box 65507,   Wilmington, DE  19808)
514120606    +American Express,   PO Box 1270,   Newark, NJ 07101-1270
514120605    +American Express,   PO Box 981537,   El Paso, TX 79998-1537
514536281     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514552760     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514120607    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   PO Box 15019,   Wilmington, DE  19886)
514120610    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citi Platinum,   PO Box 183113,   Columbus, OH  43218)
514120608    +Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
514120609    +Chase Bank,   PO Box 15153,   Wilmington, DE 19850-5153
514120611    +Discover,   PO Box 6105,   Carol Stream, IL 60197-6105
514120612    +First National Bank of Omaha,   P.O. Box 2340,   Omaha, NE 68103-2340
514452960    +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
514120614    +Michael S. Ackerman, Esq.,   Zucker Goldber & Ackerman,   200 Sheffield Street Ste 101,
               Mountainside, NJ 07092-2315
514120615    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   350 Highland Drive,
               Lewisville, TX  75067)
514575698    +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
514120616    +PNC Bank,   PO Box 856177,   Lousiville, KY 40285-6177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:21    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:19    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514120604    +E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2017 01:59:42    Ally Capital,   Po Box 9001951,
               Lousiville, KY 40290-1951
514492965     E-mail/Text: ally@ebn.phinsolutions.com Sep 15 2017 01:59:42
               Ally Capital serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
                                                                                              TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514630734*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                           Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Brian C. Nicholas   on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
              Jill Cadre   on behalf of Debtor Luis A Echeverria jill@cadrelaw.com
              Jill Cadre   on behalf of Joint Debtor Elsie  Echeverria jill@cadrelaw.com
              Marie-Ann Greenberg   magecf@magtrustee.com

District/off: 0312-2            User: admin                Page 2 of 2            Date Rcvd: Sep 14, 2017
                               Form ID: pdf901            Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                      TOTAL: 5