Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−26917−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Luis A Echeverria | Elsie Echeverria |
| 7015 Polk Street | aka Elsie Jimenez |
| Apt 9 | 7015 Polk Street |
| Guttenberg, NJ 07093 | Apt 9 |
| | Guttenberg, NJ 07093 |

Social Security No.:
  xxx−xx−4725                                       xxx−xx−4571

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/19/17 at 11:00 AM

to consider and act upon the following:

*61* − Motion re: for approval of purchase of real estate known as 8514 Newkirk Avenue, North Bergen, NJ 07047 Filed by Jill Cadre on behalf of Elsie Echeverria, Luis A Echeverria. (Attachments: # 1 Attorney Certification # 2 Proposed Order # 3 Certificate of Service) (jf)

Dated: 9/20/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court