Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 13−26917−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Luis A Echeverria                                Elsie Echeverria
   7015 Polk Street                                  aka Elsie Jimenez
   Apt 9                                                    7015 Polk Street
   Guttenberg, NJ 07093                        Apt 9
                                                            Guttenberg, NJ 07093

Social Security No.:
   xxx−xx−4725                                         xxx−xx−4571

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/19/17 at 11:00 AM

to consider and act upon the following:

*61* − Motion re: for approval of purchase of real estate known as 8514 Newkirk Avenue, North Bergen, NJ 07047 Filed by Jill Cadre on behalf of Elsie Echeverria, Luis A Echeverria. (Attachments: # 1 Attorney Certification # 2 Proposed Order # 3 Certificate of Service) (jf)

Dated: 9/20/17

                                                                       Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Luis A Echeverria  
Elsie Echeverria  
     Debtors

Case No. 13-26917-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 20, 2017  
                      Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.  
db/jdb    +Luis A Echeverria, Elsie Echeverria, 7015 Polk Street, Apt 9, Guttenberg, NJ 07093-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:

      Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
      Jill Cadre    on behalf of Debtor Luis A Echeverria jill@cadrelaw.com  
      Jill Cadre    on behalf of Joint Debtor Elsie Echeverria jill@cadrelaw.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                          TOTAL: 5