Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−26917−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luis A Echeverria
7015 Polk Street
Apt 9
Guttenberg, NJ 07093

Elsie Echeverria
aka Elsie Jimenez
7015 Polk Street
Apt 9
Guttenberg, NJ 07093

Social Security No.:
  xxx−xx−4725                                xxx−xx−4571

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 24, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 24, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 13-26917-VFP
Luis A Echeverria                                           Chapter 13
Elsie Echeverria
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Oct 24, 2017
                             Form ID: 148             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
```
db/jdb         +Luis A Echeverria,   Elsie Echeverria,   7015 Polk Street,   Apt 9,   Guttenberg, NJ 07093-1848
514120613      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Honda Financial Services,   PO Box 65507,   Wilmington, DE  19808)
514120611      +Discover,   PO Box 6105,   Carol Stream, IL 60197-6105
514120612      +First National Bank Of Omaha,   P.O. Box 2340,   Omaha, NE 68103-2340
514452960      +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
514120614      +Michael S. Ackerman, Esq.,   Zucker Goldber & Ackerman,   200 Sheffield Street Ste 101,
                Mountainside, NJ 07092-2315
514120615      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   350 Highland Drive,
                Lewisville, TX  75067)
514575698      +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
514120616      +PNC Bank,   PO Box 856177,   Lousiville, KY 40285-6177
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2017 23:00:34    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2017 23:00:30    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514120604      +EDI: GMACFS.COM Oct 24 2017 22:48:00    Ally Capital,   Po Box 9001951,
                Lousiville, KY 40290-1951
514492965       EDI: GMACFS.COM Oct 24 2017 22:48:00    Ally Capital serviced by Ally Servicing LLC,
                PO Box 130424,   Roseville, MN 55113-0004
514120605      +EDI: AMEREXPR.COM Oct 24 2017 22:48:00    American Express,   PO Box 981537,
                El Paso, TX 79998-1537
514120606      +EDI: AMEREXPR.COM Oct 24 2017 22:48:00    American Express,   PO Box 1270,
                Newark, NJ 07101-1270
514536281       EDI: BECKLEE.COM Oct 24 2017 22:48:00    American Express Bank, FSB,   c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
514552760       EDI: BECKLEE.COM Oct 24 2017 22:48:00    American Express Centurion Bank,
                c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514120607       EDI: BANKAMER.COM Oct 24 2017 22:48:00    Bank Of America,   PO Box 15019,
                Wilmington, DE  19886
514120610       EDI: CITICORP.COM Oct 24 2017 22:48:00    Citi Platinum,   PO Box 183113,
                Columbus, OH  43218
514120609      +EDI: CHASE.COM Oct 24 2017 22:48:00    Chase Bank,   PO Box 15153,   Wilmington, DE 19850-5153
514120608      +EDI: CHASE.COM Oct 24 2017 22:48:00    Chase Bank,   PO Box 15153,   Wilmington, DE 19886-5153
                                                                                              TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514630734*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Oct 24, 2017
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:

          Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Jill  Cadre    on behalf of Debtor Luis A Echeverria jill@cadrelaw.com
          Jill  Cadre    on behalf of Joint Debtor Elsie  Echeverria jill@cadrelaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com

                                                                                                                  TOTAL: 5