The Cadre Law Firm
400 Sylvan Avenue
Englewood Cliffs, NJ 07632
201.894.1300
201.894.1304 FAX

Jill Cadre, Esq. #JC-4127
Attorney for Debtors,
LUIS A. ECHEVARRIA, JR. AND
ELSIE JIMENEZ ECHEVARRIA

Order Filed on December 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

------------------------X
In Re:

LUIS A. ECHEVARRIA, JR.
AND ELSIE JIMENEZ
ECHEVARRIA

        Debtor.

------------------------X

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

CASE NO.: 13-26917-VFP

CHAPTER 13

**HEARING DATE: NOVMEBER 16, 2017**

**ORDER REOPENING AND REINSTATING THE CHAPTER 13 PROCEEDING
AND REINSTATING THE AUTOMATIC STAY**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 6, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page: 2
Debtor: LUIS A. ECHEVARRIA, JR. AND ELSIE JIMENEZ ECHEVARRIA

Case No.: 13-26917-VFP – Chapter 13
Caption: ORDER REOPENING AND REINSTATING THE CHAPTER 13 PROCEEDING AND AUTOMATIC STAY

---

Upon consideration of the application of Jill Cadre, Esq., attorney for the Debtors, LUIS A. ECHEVARRIA, JR. AND ELSIE JIMENEZ ECHEVARRIA, and this Court having considered the argument of counsel and for good cause shown, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** as follows:

1. The Debtors Chapter 13 case is hereby reopened and * reinstated and,

2. That the automatic stay is hereby reimposed * and;

3. That a copy of this Order shall be sent to all creditors:

**By:**

\_\_\_\_ Fax        \_\_\_\_ overnight mail        _X_ e-mail

_____ hand delivery   _X_   regular mail

And within

\_\_3\_\_ day(s) of the date hereof, or

_____ on the same date as the order.

*effective as of the date of entry of this Order. No action taken by any party during the period this case was dismissed and prior to service of this Order on any such party shall constitute a violation of the automatic stay.