The Cadre Law Firm
400 Sylvan Avenue
Englewood Cliffs, NJ 07632
201.894.1300
201.894.1304 FAX

Jill Cadre, Esq. #JC-4127
Attorney for Debtors,
LUIS A. ECHEVARRIA, JR. AND
ELSIE JIMENEZ ECHEVARRIA

**Order Filed on December 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

------------------------X
In Re:                          **UNITED STATES BANKRUPTCY COURT
                                DISTRICT OF NEW JERSEY**
LUIS A. ECHEVARRIA, JR.
AND ELSIE JIMENEZ
ECHEVARRIA
                                CASE NO.: 13-26917-VFP

        Debtor.                 CHAPTER 13

                                **HEARING DATE: NOVMEBER 16, 2017**
------------------------X

**ORDER REOPENING AND REINSTATING THE CHAPTER 13 PROCEEDING
AND REINSTATING THE AUTOMATIC STAY**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 6, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page: 2
Debtor: LUIS A. ECHEVARRIA, JR. AND ELSIE JIMENEZ ECHEVARRIA

Case No.: 13-26917-VFP - Chapter 13
Caption: ORDER REOPENING AND REINSTATING THE CHAPTER 13 PROCEEDING AND AUTOMATIC STAY

---

Upon consideration of the application of Jill Cadre, Esq., attorney for the Debtors, LUIS A. ECHEVARRIA, JR. AND ELSIE JIMENEZ ECHEVARRIA, and this Court having considered the argument of counsel and for good cause shown, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** as follows:

1. The Debtors Chapter 13 case is hereby reopened and reinstated* and,

2. That the automatic stay is hereby reimposed* and;

3. That a copy of this Order shall be sent to all creditors:

**By:**

____ Fax        ____ overnight mail        _X_ e-mail

_____ hand delivery    _X_ regular mail

And within

__3__ day(s) of the date hereof, or

_____ on the same date as the order.

*effective as of the date of entry of this Order. No action taken by any party during the period this case was dismissed and prior to service of this Order on any such party shall constitute a violation of the automatic stay.

United States Bankruptcy Court
District of New Jersey

In re:  
Luis A Echeverria  
Elsie Echeverria  
       Debtors

Case No. 13-26917-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
db/jdb        +Luis A Echeverria,    Elsie Echeverria,    7015 Polk Street,    Apt 9,    Guttenberg, NJ 07093-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:  
        Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
        Jill Cadre    on behalf of Debtor Luis A Echeverria jill@cadrelaw.com  
        Jill Cadre    on behalf of Joint Debtor Elsie  Echeverria jill@cadrelaw.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                          TOTAL: 5