Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13–26917–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Luis A Echeverria | Elsie Echeverria |
| 7015 Polk Street | aka Elsie Jimenez |
| Apt 9 | 7015 Polk Street |
| Guttenberg, NJ 07093 | Apt 9 |
| | Guttenberg, NJ 07093 |

Social Security No.:
  xxx–xx–4725          xxx–xx–4571

Employer's Tax I.D. No.:

## FINAL DECREE

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 18, 2019</u>      <u>Vincent F. Papalia</u>
             Judge, United States Bankruptcy Court